PEOPLE ex rel. CHILDS CO. v. MILLER, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 9, 1905.) Proceedings by the people of the state of New York, on the relation of the Childs Company, against Nathan L. Miller, as State Comptroller. No opinion. Motion denied.

PEOPLE ex rel. COMMISSIONERS OF CHARITIES v. ABRAHAMS (two cases). Supreme Court, Appellate Division, First Department. May 12, 1905.) Proceedings by the people of the state of New York, on the relation of the commissioners of charities, against Nathan Abrahams. No opinion. Motion denied, on payment of $10 costs.

PEOPLE ex rel. COWLES v. BOARD OF SUP'RS OF ALLEGANY COUNTY. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Proceedings by the people of the state of New York, on the relation of Adolphus E. Cowles against the board of supervisors of Allegany county.

PER CURIAM. Determination of the board of supervisors modified, so as to allow the claim of the relator at the sum of $290, with interest thereon from the 11th day of January, 1904, and, as so modified, said determination is confirmed, without costs to either party, on the opinion of McLennan, P. J., in People ex rel. Herrick v. Same Defendants (decided herewith) 93 N. Y. Supp. 426.

PEOPLE ex rel. FARCY & OPPENHEIM CO., Respondent, v. WELLS et al., Tax Com'rs, Appellants. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Appeal from Special Term. Certiorari by the people of the state of New York, on the relation of the Farcy & Oppenheim Company, to review a determination of James L. Wells and others, commissioners of taxes and assessments of the city of New York. From an order reducing the assessment (87 N. Y. Supp. 84), defendants appeal. Affirmed. George S. Coleman, for appellants. Frederic R. Coudert, for respondent.

PER CURIAM. Order affirmed, with costs, on the opinion in People ex rel. Sherwin Williams Co. v. Barker, 5 App. Div. 246, 39 N. Y. Supp. 151.

HATCH, J. (dissenting). I am unable to agree that the case of People ex rel. Sherwin Williams Co. v. Barker, 5 App. Div. 246, 39 N. Y. Supp. 151, is controlling of the questions presented by this appeal. On the contrary, I think the facts are in all essential respects the same as was presented to the court in People ex rel. Durand-Ruel v. Wells, 41 Misc. Rep. 144, 83 N. Y. Supp. 936, affirmed by this court on appeal 92 App. Div. 622, 87 N. Y. Supp. 1144. The distinction between that and the Sherwin Williams Case and the authorities upon which it was based is clearly pointed out by Mr. Justice Leventritt in his opinion. The order reducing the assessment should therefore be reversed, and the assessment as made confirmed.

PEOPLE ex rel. IRWIN v. HYNES, Com'r. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Proceedings by the people of the state of New York, on the relation of James H. Irwin, against Thomas W. Hynes, as commissioner. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

PEOPLE ex rel. KLEIN, Appellant, v. WELLS et al., Respondents. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Proceedings by the people of the state of New York, on the relation of Emil Klein, against James L. Wells and others. E. Cohn, for appellant. G. S. Coleman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LYNCH v. McADOO, Police Com'r. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Proceedings by the people of the state of New York, on the relation of Michael J. Lynch, against William McAdoo, as police commissioner. No opinion. Determination confirmed, with costs.

PEOPLE ex rel. MARKT & STRULLER CO. v. MILLER, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 16, 1905.) Proceedings by the people of the state of New York, on the relation of the Markt & Struller Company, against Nathan L. Miller, as State Comptroller. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. MICARI, Appellant, v. MILAZZO'S WORKMEN'S INDEPENDENT SOC., Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Proceedings by the people of the state of New York, on the relation of Francesco Micari, against Milazzo's Workmen's Independent Society. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. et al. v. BOARD OF RAILROAD COM'RS et al. (Supreme Court, Appellate Division, Third Department. May 9, 1905.) Proceedings by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company and others, against the board of railroad commissioners of the state of New York and others. No opinion. Motion denied.

PEOPLE ex rel. REAGAN v. PARTRIDGE, Com'r. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Proceedings by the people of the state of New York, on the relation of Stephen J. Reagan, against John N. Partridge, commissioner. A. I. Elkus, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.